IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR413-003 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| TYSHA MCLOYD, | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

On October 16, 2007, Defendant entered a plea of guilty to Count 3 of an indictment charging 18 U.S.C. §513(a) - Making, Uttering and Possession Counterfeited and Forged Securities of an Organizations. Defendant was sentenced by this Court on January 8, 2008 to three years Probation with conditions including six months Home Confinement with Electronic Monitoring, Mental Health Aftercare, and Restitution of $4,773.55.

The Court received a Violation Report from the Pretrial/Probation office recommending the Court issue a Summons for Defendant to appear. The Violation Report listed the nature of the noncompliance(s): (1) Law Violation - Offender was arrested by the Macedonia Police Department and charged with Petty Theft (M-1) and Obstruction of Official Business (M-2); (2) Failure to Comply with Program Rules - The Offender was given leave from 12:00 p.m. to 3:00

p.m. to go grocery shopping and was arrested during that time period at Burlington Coat Factory; and (3) Criminal Associations - The Offender was arrested with Darneshia Fletcher, aka Lexus Fletcher, a known felon.

The Court held a Supervised Release Violation hearing on March 24, 2008.  All counsel and the Probation Officer were present.

Kenneth Dodd, Probation Officer, outlined the dates and events surrounding Defendant's violations.

Defense counsel stated the Defendant admits the violations , suffers from mental illness, is regularly seen by a psychologist, and requests help from the Court to be more productive.

The Government concurred with the recommendations of Pretrial/Probation that Defendant be incarcerated with Supervised Release and conditions.

The Court finds Defendant violated the conditions of Supervised Release and Orders the Defendant committed to the custody of the Bureau of Prisons for six months followed by three years Supervised Release, Mental Health Aftercare, No New Credit, Probation Officer to have Financial Access; Restitution in the amount of $4,773.55, and Defendant shall apply all monies subject to the Windfall Earnings Provision.

Defendant is allowed to self- report to the United States Marshals by Noon on Wednesday, March 26, 2008.

IT IS SO ORDERED.

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

March 26, 2008